David Foyil
Attorney at Law
SBN 178067
18 Bryson Drive
Sutter Creek, CA 95685
Telephone:  (209) 223-5363

Attorney for Debtor,
COREY HUGHES,

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION

| | |
|---|---|
| In Re:<br><br>   COREY HUGHES,<br><br>         Debtor.<br>_____ | Case No. 2014-90700<br><br>DC No.: RDG-001<br><br>OPPOSITION TO THE TRUSTEE'S MOTION TO DISMISS<br><br>Date:   July 17, 2014<br>Time:  10:30 a.m.<br>Judge: Robert Bardwil<br>Place:  Department D, Suite 4<br>           United States Bankruptcy Court<br>           1200 I Street, Modesto, California |

Debtor hereby opposes the Trustee's Motion to Dismiss as follows:

1. On May 14, 2014, the debtor filed his chapter 13 case with the United States Bankruptcy Court, Eastern District of California.

2. On May 19, 2014, debtor's attorney served the trustee with the Chapter 13 Plan and Class 1 Checklist. Attached hereto as Exhibit "A" is the Proof of Service, Chapter 13 Plan and Class 1 Checklist.

3. On May 20, 2014, this court entered the Proof of Service.

4. The Debtor's Class 1 Checklist was served on the trustee within fourteen days of filing his case pursuant to Local Bankruptcy Rule  3015-1.

///

///

5. Debtor requests that the court take judicial notice of the court record.

Wherefore, Debtor respectfully request that the motion be denied.

Dated: June 4, 2014                                        Respectfully submitted,


                                                           /s/ David Foyil
                                                           DAVID FOYIL,
                                                           Attorney for Debtor.